Law Offices of Bill LaTour
Bill LaTour [SBN: 169758]
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RONNETTE SIGALA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  EDCV 08-1000 JTL <br><br> [~~PROPOSED~~] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS and 00/cents ($2,500.00)as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

    DATED: May 11, 2009   /s/ Jennifer T. Lum
                      HON. JENNIFER T. LUM
                      UNITED STATES MAGISTRATE JUDGE